*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:**　　**May 9, 2016**

vs.　　　　　　　　　　　　　　　　　　　　　**Case No.:**　　**16-mj-2022-DPR-01**

**TANYA ROGERS**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　　Appearance on Target Letter

**Time Commenced:**　　1:45 p.m.　　　　　　　**Time Terminated:**　　2:02 p.m.

---

APPEARANCES

**Plaintiff's Counsel:**　　N/A
**Defendant's Counsel:**　　N/A
**USPPTS:**　　Craig Fieser

---

**Proceedings:**　　Defendant appears in person. Defendant is advised of rights and sworn regarding the Affidavit of Financial Status. Defendant requests appointment of counsel. Court will appoint counsel by subsequent order.

---

**Courtroom Deputy/ERO:**　　Steve Burch